Rev. 12/10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | ) | |
|---|---|---|
| Sylvia V. Kalla, | ) | C/A: 3:10-cv-3133-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| GlobalCynex, Inc. and Ram Ajjarapu, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This case arises from a dispute over an employment agreement and the defendants' alleged failure to pay certain wages to the plaintiff. The defendants filed a motion to dismiss, or in the alternative, to transfer venue on March 15, 2011. (ECF No. 23). The defendants cited to a provision in the employment agreement at issue which stated that any litigation between the parties shall be filed in Virginia courts. The plaintiff responded to the motion with her consent to transfer the case to the District Court for the Eastern District of Virginia, Alexandria Division. (ECF No. 27).

Accordingly, it is hereby ordered that this entire case be transferred to the District Court for the Eastern District of Virginia, Alexandria Division. The parties are further instructed that they have 30 days from the date of this order within which to obtain counsel licensed to practice law in federal court in Virginia.

IT IS SO ORDERED.

May 11, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge